NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HENRY KORZEB JR., et al.,<br>      Plaintiff(s),<br><br>v.<br><br>THE HUBS, INC., et al.,<br>      Defendants. | Civil Action No. 14-5003<br><br>(SDW) (SCM)<br><br><br>**ORDER**<br><br><br>August 6, 2015 |

**WIGENTON**, District Judge.

  Before this Court is the Report and Recommendation filed on June 26, 2015 ("R&R") by Magistrate Judge Steven C. Mannion ("Magistrate Judge Mannion"), recommending that Plaintiff Henry Korzeb's ("Plaintiff") Motion to Remand be granted. (Dkt. No. 34). No objections have been filed to the R&R.

  This Court has reviewed the reasons set forth by Magistrate Judge Mannion in the R&R and the other documents in this matter.

  Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that the R&R of Magistrate Judge Mannion (Dkt. No. 34) is **ADOPTED** as the conclusions of law of this Court. Plaintiff's Motion to Remand is **GRANTED**.

  **SO ORDERED**.

                         s/ Susan D. Wigenton, U.S.D.J.

Orig:  Clerk
cc:   Parties
    Magistrate Judge Mannion